Hummingbird Credit Counseling and Education, Inc.

# CERTIFICATE OF COMPLETION
## PERSONAL FINANCIAL MANAGEMENT INSTRUCTION COURSE

Certificate Number: 299751-H330242A-54

**James White**
11-31084

I CERTIFY that on July 1, 2011, at 12:02 AM EDT, James White has completed the Personal Financial Management Instructional Course, entitled "Personal Financial Skills and Your Pursuit of Happiness" from Hummingbird Credit Counseling and Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide debtor education courses in Alabama, Middle District.

By: Victoria S. Wright, Esq.    Date: July 1, 2011

Title: Executive Director of Education