UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  
James William White  
    Debtor

Case No. 11−31084  
Chapter 13

## NOTICE

Notice of Submission Error requiring refiling. (Out of date form submitted. Updated Local Form 6 can be located at http://www.almb.uscourts.gov/forms/). Please refile using the correct ECF docket event or corrected document within 7 days or your pleading may be dismissed (RE: related document(s)42 Rule 9007−1 Motion/Notice/Objection). Incomplete Filings due by 5/31/2016. (LO)

Dated: May 24, 2016

Juan−Carlos Guerrero  
Clerk, U.S. Bankruptcy Court